ILLINOIS STEEL COMPANY, Appellant, vs. WITSOTSKI and another, Respondents.

*April 5—October 3, 1911.*

APPEAL from a judgment of the circuit court for Milwaukee county: JOHN K. PARISH, Judge.   *Reversed.*

For the appellant there was a brief signed by *Theodore Kronshage, Jr.*, attorney, and *Kronshage, McGovern, Goff, Fritz & Hannan,* of counsel; a separate brief by *Geo. D. Van Dyke,* of counsel; and the cause was argued orally by *Mr. Van Dyke* and *Mr. Kronshage.*

For the respondents there was a brief by *Fiebing & Killilea,* attorneys, and *H. J. Killilea* and *Moritz Wittig,* of counsel, and oral argument by *Mr. H. J. Killilea* and *Mr. Wittig.*

The following opinion was filed June 1, 1911:

This case is ruled by *Illinois Steel Co. v. Konkel, ante,* p. 556, 131 N. W. 848, therefore the judgment must be reversed.

*By the Court.*—The judgment of the court below is reversed, and the cause remanded for a new trial.

A motion for a rehearing was denied October 3, 1911.